## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LEO L. DURAN,

      Applicant,

v.                                                                                                CV 11-0816 JB/GBW

WARDEN LAWRENCE JARAMILLO,
D.O.C. OF NEW MEXICO,
ATTORNEY GENERAL BRUCE [sic] KING,

      Respondent.

### <u>ORDER</u>

THIS MATTER comes before the court on Petitioner's Opposed Motion for Leave

to Amend the Petition Filed September 12, 2011 and to Expand the Evidentiary Hearing.

*Doc. 43.*  Petitioner seeks to add a claim that his trial counsel received a written plea

offer but failed to present it to Petitioner.  At this time, the evidentiary hearing is three

weeks away.  The Court is not yet prepared to rule on whether Petitioner will be

permitted to amend his Petition.  Nonetheless, as a matter of efficiency, it makes sense

to permit a limited expansion of the hearing in the event that the Court permits the

amendment.

Therefore, for all witnesses who will testify on the insanity defense issue, the

Court will also permit testimony on the issue of the plea offer.  To be clear, witnesses

who are not testifying on the issue of the insanity defense will not be permitted to

testify solely on the plea agreement issue.  If the Court permits the amendment, the

parties will be permitted to put on additional evidence on the plea agreement issue at a

separate hearing.  Conversely, for the witnesses that do testify at the hearing on

September 25th, the parties should present all testimony relevant to both issues as the

Court will not permit any further testimony from them at a second hearing if one is

held.

    **IT IS SO ORDERED.**

_____

GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE